■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN ORENZO, Appellant. [610 NYS2d 828] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gerges, J.), rendered January 6, 1992, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

In the early morning hours of April 6, 1991, the defendant, encouraged by the codefendant Jose Santiago, chased a third man into a bodega on Fulton Street in Brooklyn, and shot him with a handgun. The victim eventually died of the gunshot wound to his head and brain.

In the challenge to his conviction, the defendant claims that he was deprived of a fair trial because of the prosecutor's comments during summation. The defendant's claims are either unpreserved for appellate review or without merit *(see, People v Santiago,* 199 AD2d 290; CPL 470.05 [2]; *People v Fleming,* 70 NY2d 947; *People v Balls,* 69 NY2d 641, 642; *People v Nuccie,* 57 NY2d 818, 819; *People v Galloway,* 54 NY2d 396, 401; *People v Arce,* 42 NY2d 179, 190).

Finally, the defendant's sentence is not excessive *(see, People v Suitte,* 90 AD2d 80). Balletta, J. P., Ritter, Copertino and Goldstein, JJ., concur.